UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BROOK TAMRAT GEBRU,<br><br>                              Petitioner,<br><br>              v.<br><br>WARDEN, et al.,<br><br>                              Respondents. | Case No. 5:26-cv-00751-AB-ACCV<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the parties' briefing, the relevant records on file, and the Report and Recommendation of the United States Magistrate Judge.  No objections have been filed.  The Court accepts the findings and recommendation of the Magistrate Judge.

IT IS THEREFORE ORDERED that:  (1) Judgment be entered GRANTING the Petition; and (2) a writ of habeas corpus is issued requiring Petitioner's immediate release under the conditions of supervision set out in 8 U.S.C. § 123l(a)(3).

Dated: April 14, 2026

_____
HON. ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE

1