JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

BROOK TAMRAT GEBRU,

                Petitioner,

      v.

WARDEN, ET AL.,

                Respondents.

Case No. 5:26-cv-00751-AB-ACCV

**JUDGMENT**

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is DISMISSED without prejudice.

Dated:  April 14, 2026

_____

HONORABLE ANDRÉ BIROTTE JR.
United States District Judge

1